# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 14-323-2 |
| **DONALD WOMACK, SR.** | : | No. 14-496-2 |
| | : | |

## ORDER

This 1st day of April, 2025, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion pursuant to § 2255, filed under two dockets, ECF 1402 in case no. 14-323-2 and ECF 350 in case no. 14-496-2, is **DENIED**.

There is no basis for the issuance of a certificate of appealability.

.

                                                                           /s/ Gerald Austin McHugh
                                                                           United States District Judge