**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION** |
| | : | **No. 14-323-2** |
| | : | **No. 14-496-2** |
| **DONALD WOMACK, SR.** | : | |

## <u>ORDER</u>

This 13th day of November, 2025, it is hereby **ORDERED** that Defendant Donald Womack, Sr.'s Emergency Motions for Compassionate Release (ECF 1411 in Criminal Action No. 14-323-2 and ECF 351 in Criminal Action No. 14-496-2) are **DENIED.**

/s/ Gerald Austin McHugh
United States District Judge